Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SAUL SUAREZ and REIGN OWENS,<br>Defendants. | NO. 2:26-cr-00129-RAJ<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

The Court has considered the Stipulated Motion to Continue Trial filed by the United States and Defendant Reign Owens, Dkt. 24, and the Notice of Joinder filed by Defendant Saul Suarez, Dkt. 29, which request a continuance of the trial date and the pretrial motions deadline.

THE COURT FINDS that the failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that this case is relatively complex, as it arises from a months-long investigation, there are two defendants charged in this matter, and there is a significant volume of discovery that has been produced and is to be produced. Therefore, it is unreasonable to expect the parties to adequately prepare, within the



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), for pretrial proceedings or the trial itself as currently set. Specifically, the parties' briefing reflects that the discovery already produced – more than 1,300 pages – includes legal process (e.g., search warrants, 2703(d) orders, pen/trap orders, etc.), undercover communications, surveillance and evidence photos, surveillance video, lab reports, DEA reports reflecting investigative events through approximately the end of May 2026, and reports from other assisting agencies. In addition, there remains to be produced supplemental DEA reports, photos from the searches conducted on July 29, 2026, additional lab reports, cell phone extractions, video from pole cameras, location data for cell phones and vehicles, and reports and materials generated by agencies other than DEA that assisted with the July 29 searches.

Given the scope and relative complexity of the underlying investigation, this case may also raise novel questions of law and fact.

THE COURT FURTHER FINDS that the failure to grant a continuance of the trial date and pretrial motions deadline would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FINDS, therefore, pursuant to 18 U.S.C. §§ 3161(h)(6) and 3161(h)(7), the ends of justice will best be served by a continuance, and that they outweigh the interest of the public and the defendants in a speedy trial.

///

///

///

///

///

///

///



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, IT IS HEREBY ORDERED that the motion is GRANTED. The trial date shall be continued to May 10, 2027 at 9:00 a.m. All pretrial motions, including motions in limine, shall be filed no later than February 8, 2027.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of May 10, 2027, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 24th day of August, 2026.

Richard A Jones

The Honorable Richard A. Jones
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970